July 21, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF W.J.B. & J.B., CHILDREN

NO. 14-15-00186-CV

_____

       This cause, an appeal from an order signed January 28, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the order. The order of the court below is **AFFIRMED**.

       We further order this decision certified below for observance.

       We further order that mandate be issued immediately.